**United States District Court**
For the Northern District of California

*E-FILED ON 02/08/2007*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>       Plaintiff,<br>   v.<br><br>ELIASON RANCH TRUCKING, LLC, TONY FLOYD, and DOES 1 through 25, inclusive,<br><br>       Defendants. | No. C07-00416 HRL<br><br>**ORDER REFERRING CASE TO JUDGE SEEBORG FOR A RELATED CASE DETERMINATION** |

On January 22, 2007, defendants removed the above-captioned case to this court, asserting diversity jurisdiction. Pursuant to Civil Local Rule 3-12(c), the instant action is referred to Magistrate Judge Richard Seeborg, with a request that he consider whether it is related to *Hall v. Eliason Ranch Trucking, LLC and Does 1 through 10*, Case No. C06-07197 RS.

IT IS SO ORDERED.

Dated:   February 8, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**Notice will be electronically mailed to:**

Thomas S. Brazier Tom_Brazier@lbrg.com, smollett@lbrg.com

Sherry Lynn Santa Cruz sherry.santacruz@libertymutual.com

**A copy of this document will be mailed to:**

Jeff Rickard
Alexander Hawes, LLP
152 N.Third Street, Suite 600
San Jose, CA 95112

Richard Alexander
Alexander Hawes, LLP
152 N. Third Street, Suite 600
San Jose, CA 95112

Gene D. Vorobyov
LaMore Brazier Riddle & Giampaoli
1570 The Alameda, Suite 150
San Jose, CA 95126-2305