1  Thomas S. Brazier, Esq. SBN 055484
   LaMORE, BRAZIER, RIDDLE & GIAMPAOLI
2  1570 The Alameda, Suite 150                    *E-FILED 4/6/07*
   San Jose, California 95126-2305
3  Telephone: (408) 280-6800
   Facsimile: (408) 275-6284
4
   Attorneys for Defendants
5  ELIASON RANCH TRUCKING, LLC
   and TONY FLOYD
6

7

8                    UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

10

11 EDWARD HALL
                    Plaintiff,
12                                                 Case No.: C06-07197 RS ADR

13      v.

14 ELIASON RANCH TRUCKING, LLC
   and DOES 1 through 10.
15
                    Defendants.
16 ─────────────────────────────
   LIBERTY MUTUAL FIRE INSURANCE                   Case No. C 07-00416 RS
17 COMPANY,

18                  Plaintiff,

19 TONY FLOYD, ELIASON RANCH
   TRUCKING,LLC and DOES 1 through 25,
20 inclusive,

21                  Defendants.

22

23        **STIPULATION OF PARTIES TO CONSOLIDATE RELATED CASES;**

24                          [PROPOSED] ORDER

25

26

27

28

1  WHEREAS, Plaintiff Edward Hall filed his state court complaint alleging on or about
2  October 30, 2004, a truck owned by Eliason Ranch Trucking and operated by its driver, Tony Floyd,
3  collided with a car driven by Plaintiff Edward Hall at the Dole Packaging Plant in Marina, California
4  (hereinafter "accident"). Said action was filed in Monterey County Superior Court under Case No.
5  M81423. The case is entitled *Edward Hall v. Eliason Ranch Trucking, et al.* That action was removed
6  to United States District Court for the Northern District of California, San Jose Division, on or about
7  November 20, 2006 and is designated as Case No. C 06-07197 RS ADR;

8  WHEREAS, a separate action arising out of the accident has been filed in state court by Liberty
9  Mutual Fire Insurance Company, the worker's compensation carrier which has allegedly paid benefits
10 to, and on behalf of, Plaintiff Hall for injuries he alleged sustained in the accident. Eliason Ranch
11 Trucking and Tony Floyd are named as defendants. The case is entitled *Liberty Mutual Fire Insurance
12 Company v. Tony Floyd, et al*, Monterey County Superior Court, Case No. M81497. This case was
13 removed to the United States District Court for the Northern District of California, San Jose Division, on
14 or about January 22, 2007 and is designated as Case No. C 07-00416 RS;

15 WHEREAS, on or about February 14, 2007, the cases were assigned to a single judge, namely,
16 Richard Seeborg, United States Magistrate Judge.

17 WHEREAS, the parties to both cases desire to consolidate these related matters for all purposes,
18 including all pre-trial matters and trial.

19 NOW THEREFORE, the parties, through their respective counsel of record, hereby stipulate to
20 consolidate *Edward Hall v. Eliason Ranch Trucking*, Case No. C 06-07197 RS ADR, with *Liberty
21 Mutual Fire Insurance Company v. Tony Floyd, et al*, Case No. C 07-00416 RS, for all purposes,
22 including trial.

23 Dated: APRIL 3, 2007

ALEXANDER, HAWES & AUDET, LLP

By: _____
Richard Alexander
Jeff Rickard
Attorneys for Plaintiff
EDWARD HALL

2

1 | Dated: 3/30, 2007     BROWNWOOD, CHAZEN & CANNON

By: _____
Sherry Santa Cruz
Attorneys for Plaintiff
LIBERTY MUTUAL FIRE INSURANCE COMPANY

Dated: 3/28, 2007     LaMORE, BRAZIER, RIDDLE & GIAMPAOLI

By: _____
THOMAS S. BRAZIER
Attorneys for Defendants
ELIASON RANCH TRUCKING, LLC and TONY FLOYD

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the above-captioned matters are hereby consolidated under Case No. C06-07197 RS (*Edward Hall v. Eliason Ranch Trucking*).

IT IS SO ORDERED.

Dated: April 6, 2007

_____
Richard Seeborg
United States Magistrate Judge

---

Case No. C06-07197RS – STIPULATION OF PARTIES TO CONSOLIDATE RELATED CASES; [PROPOSED] ORDER

| | | |
|---|---|---|
| 1 | Dated: _____, 2007 | BROWNWOOD, CHAZEN & CANNON |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Sherry Santa Cruz |
| | | Attorneys for Plaintiff |
| 5 | | LIBERTY MUTUAL FIRE INSURANCE COMPANY |
| 6 | | |
| 7 | Dated: 3/28, 2007 | LaMORE, BRAZIER, RIDDLE & GIAMPAOLI |
| 8 | | |
| 9 | | By: _____ |
| | | THOMAS S. BRAZIER |
| 10 | | Attorneys for Defendants |
| | | ELIASON RANCH TRUCKING, LLC and |
| 11 | | TONY FLOYD |

### [PROPOSED] ORDER

Pursuant to the Stipulation above, the above-captioned matters are hereby consolidated under Case No. C06-07197 RS (*Edward Hall v. Eliason Ranch Trucking*).

IT IS SO ORDERED.

Dated: _____, 2007

_____
Richard Seeborg
United States Magistrate Judge

3

# CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in the county aforesaid; I am over the age of eighteen years, and not a party to the within action; my business address is 1570 The Alameda, Suite 150, San Jose, California. On the date set forth below I served the documents described below:

**STIPULATION OF PARTIES TO CONSOLIDATE RELATED CASES; PROPOSED ORDER**

on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Sherry Santa Cruz, Esq.<br>Brownwood Chazen & Cannon<br>525 B Street, Suite 1300<br>San Diego, CA  92101<br>Telephone: (619) 744-6800<br>Facsimile: (619) 744-6814 | **Attorneys for Plaintiff**<br>**LIBERTY MUTUAL FIRE INSURANCE COMPANY** |
| Jeff Rickard, Esq.<br>Richard Alexander, Esq.<br>Alexander Hawes, LLP<br>152 N. Third Street, Suite 600<br>San Jose, CA  95112<br>Telephone: (408) 289-1776<br>Facsimile: (408) 287-1776<br>**(Courtesy Copy)** | **Attorneys for Plaintiff**<br>**EDWARD HALL** |

[X]  (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

[ ]  (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[ ]  (BY FACSIMILE) I caused such document(s) to be transmitted by facsimile on this date to the offices of addressee(s).

[ ]  (BY FEDERAL EXPRESS) I caused such envelope(s) with all fees fully prepaid to be placed in the Federal Express office at San Jose, California.

[ ]  (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X]  (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

EXECUTED on March 28, 2007, at San Jose, California.

_____
Sheila Mollett

15651-076