**United States District Court**
For the Northern District of California

\*E-FILED\*
October 19, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDWARD HALL,<br><br>    Plaintiff,<br>v.<br><br>ELIASON RANCH TRUCKING, et al.,<br><br>    Defendants. | No. C 06-07197 RS<br>Consolidated with C 07-00416 RS<br><br>**ORDER RE: SETTLEMENT;<br>STAND-BY ORDER TO SHOW<br>CAUSE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **December 12, 2007**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **December 19, 2007 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: October 19, 2007

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Richard Alexander     amostek@alexanderlaw.com

Thomas S. Brazier     Tom_Brazier@lbrg.com, smollett@lbrg.com

Jeff Wayne Rickard    jrickard@alexanderlaw.com, cabrego@alexanderlaw.com

Gene D. Vorobyov      gene@lbrg.com, mbounds@lbrg.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: October 19, 2007

                                            /s/ BAK
                                        Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California