1  Richard Alexander (48432)
   Jeff Rickard (125180)
2  ALEXANDER HAWES, LLP
   152 North Third Street, Suite 600      *E-FILED 12/12/07*
3  San Jose CA 95112
   Telephone: 408.289.1776
4  Facsimile: 408.287.1776
   Attorney for Plaintiff
5  EDWARD HALL

6

7

8

9                    UNITED STATES DISTRICT COURT

10         NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

11

12 | EDWARD HALL,                     )  Case No.:   C 06-07197 RS ADR
                                      )  [Consolidated with Case No. C07-00416RS]
13 |           Plaintiff,             )
                                      )  [Proposed] Order
14 |      v.                          )
                                      )
15 | ELIASON RANCH TRUCKING, LLC,     )
     and DOES 1 through 10,           )
16 |                                  )
               Defendants.            )
17 |_____    )
     LIBERTY MUTUAL FIRE INSURANCE    )
18 | COMPANY,                         )
                                      )
19 |           Plaintiff,             )
                                      )
20 | vs.                              )
                                      )
21 | TONY FLOYD, ELIASON RANCH        )
     TRUCKING, LLC, et al.,           )
22 |_____

23
                              **Order**
24
        Based upon Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, and as set forth in
25
   the Stipulation To Dismiss With Prejudice All Claims in the above-captioned lawsuit;
26
        IT IS ORDERED that all claims in the above-captioned lawsuit, be, and the same is
27
   hereby, DISMISSED, with prejudice, each party to bear its own costs and fees.
28

1
2   SO ORDERED this ___12___ day of December, 2007.
3
4   _____
5   RICHARD SEEBORG
    JUDGE, UNITED STATES DISTRICT COURT
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28